**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

-------------------------------------------------------x

JOSEPH RABINOWITZ, individually and   :
on behalf of all others similarly situated,   :
   :
         Plaintiff,   :
   :   No. 1:18-cv-10704 (NLH/JS)
         v.   :
   :
AMERICAN WATER RESOURCES, LLC, :
   :
         Defendant.   :

-------------------------------------------------------x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff

JOSEPH RABINOWITZ and Defendant AMERICAN WATER RESOURCES, LLC stipulate

and agree that the above entitled action, including all claims asserted herein, be and is hereby

dismissed with prejudice, with each party to bear its own attorneys' fees and costs. The

Stipulation is signed below by all parties who have appeared in the Action.

Dated: January 6, 2020            Respectfully submitted,

                    **SQUITIERI & FEARON, LLP**
                    By: /s/ Stephen J. Fearon, Jr.
                        Stephen J. Fearon, Jr.
                    Olimpio Lee Squitieri
                    Stephen J. Fearon, Jr. (*pro hac vice*)
                    Paul V. Sweeny (*pro hac vice*)
                    Squitieri & Fearon, LLP
                    32 East 57th Street, 12th Floor
                    New York, New York 10022
                    Tel:   (212) 421-6492
                    Fax:   (212) 421-6553
                    Email: lee@sfclasslaw.com
                    Email: stephen@sfclasslaw.com
                    Email: paul@sfclasslaw.com

                    **Attorneys for Plaintiff**

1

**DRINKER BIDDLE & REATH LLP**

By:＿＿＿/s/ Michael P. Daly＿＿＿＿＿＿
＿＿＿＿＿＿Michael P. Daly
A Limited Liability Partnership
One Logan Squire, Ste. 2000
Philadelphia, PA 19103-6999
Phone: 215-988.2700
Fax: 215.988.2757
Michael.daly@dbr.com

**Attorneys for Defendant**

2